**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-2014**

---

DORA L. ADKINS,

        Plaintiff - Appellant,

    v.

UR SMILE DENTAL, P.C.,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Patricia Tolliver Giles, District Judge.  (1:25-cv-00352-PTG-WBP)

---

Submitted:  November 25, 2025                Decided:  December 1, 2025

---

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Dora L. Adkins, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dora L. Adkins appeals the district court's order denying her motions for leave to file a proposed emergency complaint and to seal. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Adkins v. Ur Smile Dental, P.C.*, No. 1:25-cv-00352-PTG-WBP (E.D. Va. Aug. 21, 2025). Additionally, based on the numerous meritless appeals Adkins has pursued in this court, we warn her that filing further meritless or frivolous appeals could result in an order directing her to show cause why this court should not impose a prefiling injunction or other sanctions.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2